THE HOSPITAL PROFESSIONALS, ET AL. v. THE
ENGLEWOOD HOSPITAL ASSOCIATION.

November 21, 1986.

Petition for certification denied.

ETHEL O'LEARY v. MARGARET NELSON AND CITY
OF JERSEY CITY.

November 21, 1986.

Petition for certification denied.

ETHEL O'LEARY v. MARGARET NELSON AND CITY
OF JERSEY CITY.

November 21, 1986.

Cross-petition for certification denied.

ANGEL NAVARRO, ET AL. v. GEORGE KOCH & SONS, INC., ET AL.

November 21, 1986.

Petition for certification denied. (See 211 *N.J.Super.* 558)